JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSOCIATED TAX RELIEF, INC.,<br><br>Plaintiff,<br><br>v.<br><br>MILKYWAY MARKETING, INC.; REVENUE DEVELOPMENT INC.; CINDY BOND; TRACY CARLSON; SHARON MORGAN; and DOES 1 - 10, inclusive, ,<br><br>Defendants. | Case No.<br>CV08-04247 GAF (JWJx)<br><br>**ORDER: MUTUAL STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1)(ii) & (c)<br><br>Courtroom:         G-8<br>Judge:                 Hon. Gary A. Feess<br>Magistrate Judge: Hon. Jeffrey W. Johnson<br>Complaint Filed:  05/15/08<br>Trial Date:           None set |

Pursuant to the MUTUAL STIPULATION OF DISMISSAL OF CLAIMS AND COUNTERCLAIMS WITH PREJUDICE, it is **HEREBY** ordered that the dismissal with prejudice of the Complaint and Counterclaim is **GRANTED** as follows:

1. The Complaint filed by Plaintiff ASSOCIATED TAX RELIEF against Defendants TRACY CARLSON, SHARON MORGAN, and MILKY WAY MARKETING, INC. is hereby dismissed *with prejudice*.

///

///

- 1 -

**ORDER REGARDING MUTUAL STIPULATION OF DISMISSAL OF CLAIMS AND COUNTERCLAIMS WITH PREJUDICE**

1  2. The Counterclaim filed by Defendant MILKYWAY MARKETING, INC.,
2  against Plaintiff ASSOCIATED TAX RELIEF is hereby dismissed *with*
3  *prejudice*.

IT IS SO ORDERED

DATED: March 5, 2009        By: _____
                            HONORABLE GARY A. FEESS
                            Judge of the U.S. District Court

KLINEDINST PC
777 S. FIGUEROA ST., 47TH FLOOR
LOS ANGELES, CALIFORNIA 90017

**[PROPOSED] ORDER REGARDING MUTUAL STIPULATION OF DISMISSAL OF CLAIMS AND COUNTERCLAIMS WITH PREJUDICE**